■ TOWN OF BROOKHAVEN, Appellant, v STEVEN E. KATZ et al., Respondents.—Appeal from an order of the Supreme Court, Suffolk County, dated June 25, 1986.

Ordered that the order is affirmed, with costs, for reasons

stated by Justice Jones at Trial Term. Weinstein, J. P., Eiber, Spatt and Sullivan, JJ., concur.